RUTAN & TUCKER, LLP
Peter Hering (State Bar No. 298427)
phering@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Defendant
CWP CALIFORNIA CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BUCHANAN, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CWP CALIFORNIA CORP., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:26-cv-00244-WBS-CSK<br><br>[Stanislaus Superior Court Case No.: CV-25-011476]<br><br>**ORDER GRANTING DEFENDANT CWP CALIFORNIA CORP.'S TIME TO RESPOND TO PLAINTIFF JUSTIN BUCHANAN'S COMPLAINT (LOCAL RULE 144(a))**<br><br>Current Response Date: February 19, 2026<br>New Response Date: February 26, 2026<br><br>Date of Removal: January 29, 2026<br>Pretrial Scheduling Conf.: June 1, 2026<br><br>Trial Date: Not Scheduled |

3028/039768-0008
23312929.1 a02/18/26

-1-

## **ORDER**

By stipulation of the Parties, and for good cause shown, the Court hereby Orders as follows:

1.     Defendant's deadline to respond to the Complaint in this matter shall be further extended by seven (7) days from February 19, 2026, to **February 26, 2026.**

**IT IS SO ORDERED.**

Dated:  February 18, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE